In the Matter of the Application of BERTHA HEUSLER, Respondent, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Defendants, and KRAM REALTY Co., INC., Appellant.— Motion granted in so far as it asks to have the papers on appeal remitted to the justice who made the order at Special Term, and papers so remitted for such action as the justice may deem advisable.   Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

AMERICAN TRUST COMPANY, as Trustee, etc., Respondent, v. THE THAYER-WEST POINT HOTEL CORPORATION and Others, Defendants, and BYRON C. HAWLEY, as Trustee, etc., Appellant.— Judgment modified by striking out, at folio 353 of the record on appeal, the date "October 29th, 1928," and substituting in its place "December 22, 1928;" by striking out the figures "$1,135,291.12," and substituting in their place "$1,140,951.76;" by striking out, at folio 377, the figures "$135,291.12," and substituting in their place "$140,951.76;" by striking out, at the same folio, the date "October 29, 1928," and substituting in its place "December 22, 1928;" by striking out, at folio 378, the figures "$1,135,291.12," and substituting in their place the figures "$1,140,951.76," and by striking out, at the same folio, the date "October 29, 1928," and substituting in its place the date "December 22, 1928." As so modified, the judgment is unanimously affirmed, with costs.   No opinion.   Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.   Settle order on notice.

ENRICO CIPOLLA, Respondent, v. JAMES BUTLER, INC., Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.